DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUNICK JANVIER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1430

[March 17, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Tim Bailey, Judge; L.T. Case No. 02-20320CF10B.

Lunick Janvier, Bushnell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Picard, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and FORST, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***